IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA ELIZABETH MILLER,

    Plaintiff,

v.                                                      No. 2:23-cv-00558-MV-DLM

NEW MEXICO CHILDREN YOUTH AND
FAMILIES DEPARTMENT,
IRENE CHAVES GONZALES,
NATALIE MENDOZA, and
KIMBERLY HANSON,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**